
ORIGINAL

FILED

05/21/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0293

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0293

_____

STATE OF MONTANA,

Plaintiff and Appellee,

v.

TRAVIS WAYNE HATFIELD,

Defendant and Appellant.

_____

O R D E R

FILED

MAY 2 1 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Travis Wayne Hatfield petitions this Court for an out-of-time appeal, explaining he is currently incarcerated in the Riverside Special Needs Unit, after receiving medical treatment, and that the facility has limited legal resources. He states that both of his public defenders "informed [him] that they [do not] generally provide [appellate] legal assistance." Hatfield includes a copy of the sentencing judgment as well as a motion to appoint counsel.

On January 14, 2024, the Thirteenth Judicial District Court, Yellowstone County, issued its written judgment, sentencing Hatfield to the Montana State Prison for a thirty-year term and a ten-year concurrent term for felony sexual intercourse without consent and felony sexual abuse of children, respectively.

M. R. App. P. 4(6) allows this Court to grant an out-of-time appeal "[i]n the infrequent harsh case and under extraordinary circumstances amounting to a gross miscarriage of justice[.]"

Hatfield was convicted and sentenced recently. This Court concludes that Hatfield is entitled to an appeal and that he may be entitled to representation of counsel. Section 46-8-104, MCA. Therefore,

IT IS ORDERED that Hatfield's Petition for an Out-of-Time Appeal is GRANTED.

IT IS FURTHER ORDERED that Hatfield's Motion for Appointment of Counsel is GRANTED. The Appellate Defender Division shall have thirty days from the date of this Order within which either to file a Notice of Appeal or a Motion to Rescind this Order Appointing Counsel. If Hatfield qualifies for appointed counsel, the Appellate Defender Division shall immediately order the appropriate transcripts.

The Clerk of the Supreme Court is directed to discard Hatfield's enclosed Notice of Appeal that has not been filed.

The Clerk is also directed to provide a copy of this Order to counsel of record; to the Appellate Defender Division, and to Travis Wayne Hatfield personally.

DATED this 21st day of May, 2024.

_____
Chief Justice

_____

_____

_____

_____
Justices

2